IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG


JEANNETTE DeGARMO,

        Plaintiff,

v.                                    CIVIL ACTION NO.  3:05CV88


JO ANN B. BARNHART,
Commissioner of the Social
Security Administration, et al.,

        Defendant.


## ORDER ADOPTING REPORT AND RECOMMENDATION


On this day the above styled matter came before the Court for consideration of Magistrate Judge John S. Kaull's Report and Recommendation, entered on February 21, 2007. Neither party filed objections to the Report and Recommendation.

The Court, after reviewing the above, is of the opinion that the Magistrate Judge's Report and Recommendation (Document No. 33) should be and is hereby **ORDERED ADOPTED**. Therefore, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **ORDERS** Defendant's Motion for Summary Judgment [Document No. 32] is **GRANTED**. Plaintiff's Statement of Errors [Document No. 31] is **DENIED**. This action is **ORDERED STRICKEN** from the active docket of the Court.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Clerk is directed to transmit true copies of this Order to all counsel of record in this matter.

DATED this 15th day of March 2007.


/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE